**Ronald Wayne LEWIS, Plaintiff—
Appellant,**

v.

**Suhasini N. SHAH, Medical Doctor,
FCI Petersburg, Defendant—
Appellee.**

**Ronald Wayne Lewis, Plaintiff—
Appellant,**

v.

**Harley Lappin, Defendant—Appellee.**

Nos. 11–7445, 11–7450.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.

Ronald Wayne Lewis, Appellant Pro Se.

Before SHEDD, KEENAN, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Ronald
Wayne Lewis appeals the district court's
order accepting the recommendation of the
magistrate judge and denying relief on his
civil rights actions in which he alleged that
he received inadequate medical care. We
have reviewed the records and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Lewis v. Shah,* No. 3:10–cv–00568–JRS
(E.D.Va. Oct. 18, 2011); *Lewis v. Lappin,*
No. 3:10–cv–00130–JRS, 2011 WL 4961718,
2011 WL 4961366 (E.D.Va. Oct. 18, 2011).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*